Núm. 1319.—FAS, peticionario *v.* TRIBUNAL DE CONTRIBUCIONES,
dmdado.—Original. *Certiorari.* Nov. 9, 1942.

Núm. 1322.—ESTEVA, peticionario *v.* TRIBUNAL DE CONTRIBUCIONES,
dmdado.—

Núm. 1358.—BIBILONI, peticionario v. TRIBUNAL DE CONTRIBUCIO-
NES, dmdado.—

Núm. 1359.—BLANCO, peticionario *v.* TRIBUNAL DE CÓNTRIBUCIO-
NES, dmdado.—

Núm. 1372.—BUSTELO, peticionario *v.* TRIBUNAL DE CONTRIBUCIO-
NES, dmdado.—

Examinados las solicitudes y los expedientes en estos casos y oídas
las partes, siendo las cuestiones envueltas en el mismo iguales sustan-
cialmente a las del certiorari número 1307, *Julia Blanco Géigel* v.
*Tribunal de Apelación de Contribuciones,* 61 D.P.R. 23 decidido en el
día de hoy, por los motivos consignados en la opinión que sirve de
base a la indicada decisión, se declara no haber lugar a decretar la
devolución de la contribución solicitada y se ordena la remisión del
expediente al Tribunal de Apelación de Contribuciones.